Seymour Lowman, as Administrator of Charles G. Judd, Deceased, Respondent, *v.* The Elmira, Cortland and Northern Railroad Company, Appellant.

*Lowman* v. *Elmira, C. & N. R. R. Co.*, 85 Hun, 188, affirmed.
(Argued November 24, 1897; decided December 14, 1897.)

Appeal from a judgment of the General Term of the Supreme Court in the fourth judicial department, entered February 27, 1895, which affirmed a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term.

*Frederick Collin* for appellant.

*Erwin J. Baldwin* for respondent.

Judgment affirmed, with costs, on opinion below.
All concur.

---

In the Matter of the Judicial Settlement of the Account of Frederick Noll, as General Guardian of Emelie Weimann et al., Respondents; John G. Landmann et al., Appellants.

*Matter of Noll*, 10 App. Div. 356, affirmed.
(Argued November 29, 1897; decided December 14, 1897.)

Appeal from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered December 19, 1896, upon an order which affirmed a decree of the surrogate of Kings county judicially settling the account of a general guardian.

*Joseph Potter, George F. Martens* and *Thomas J. Furrell* for appellants.

*Peter W. Ostrander* and *James D. Bell* for respondents.

Judgment and order affirmed, with costs; no opinion.
All concur.